1  Law Offices of Bill LaTour
2  Bill LaTour [SBN: 169758]
3      11332 Mountain View Ave., Suite C
    Loma Linda, California 92354
4      Telephone: (909) 796-4560
5      Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CARLOS ESTRADA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No.  EDCV 07-1226 MAN<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of TWO THOUSAND FOUR HUNDRED DOLLARS and 00/cents ($2,400.00)as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: May 5, 2009  _____/s/_____

                HON. MARGARET A. NAGLE
                UNITED STATES MAGISTRATE JUDGE